IN THE COURT OF COMMON PLEAS, LICKING COUNTY, OHIO

CLERK COMMON PLEAS COURT
LICKING CO. OHIO
2023 APR 28 PM 3: 43
OLIVIA C. PARKINSON
CLERK

David E. Smith
417 N. 11th Street
Newark, Ohio 43055

Sigrid Smith
417 N. 11th Street
Newark, Ohio 43055

CASE NO.: **23CV00477**
JUDGE: WDB

Plaintiff(s)

vs.

American Red Cross of
East Central Ohio
143 South 30th Street
Newark, Ohio 43055

Defendant

## COMPLAINT WITH JURY DEMAND ENDORSED HEREON

1. Plaintiff, David E. Smith, states that an April 30,201 at the Newark, Ohio blood donor's location of the American Red Cross of East Central Ohio, Defendant negligent administered the blood donation process and released Plaintiff from their location and care without due regard for his condition and safety.

2. As a direct and proximate result of the negligence of the defendant and their employees and agents, plaintiff lost consciousness and drove off the road and crashed his vehicle into the side of a brick building, thereby seriously injuring plaintiff.

3. As a direct and proximate result of the negligence of the Defendant, American Red Cross, Plaintiff, David E. Smith, has been required to undergo numerous testing procedures, and other care and treatment from his physicians and others.

4. As a direct and proximate result of the negligence of the Defendant, American Red Cross, Plaintiff, David E. Smith, has incurred expenses of said care and treatment, the exact amount

of which is presently unknown. Plaintiff expects to incur further such expenses in the future.

5. As a direct and proximate result of the negligence of the Defendant, American Red Cross, Plaintiff, Sigrid Smith, has been deprived of the services and consortium of her spouse, David E. Smith.

WHEREFORE, Plaintiffs demand judgment against the Defendants in an amount in excess of Twenty-Five Thousand ($25,000) Dollars, plus costs and interest.

Robert B. Handelman   (0025619)
*Attorney for Plaintiffs*
Handelman Law
Office 29 South
Park Place Newark
OH 43055
Telephone:   740-349-8581
Fax:   740-345-4101
Robert@HandelmanLawOffice.com

## JURY DEMAND

Plaintiffs demand a trial of this cause by a jury.

Robert B. Handelman   (0025619)
*Attorney for Plaintiffs*